UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:07-cr-21-T-23TGW

HECTOR HERNANDEZ
_____/

### **ORDER**

The defendant moved (Doc. 353) to suppress evidence, the United States responded (Doc. 365), and the defendant filed an unauthorized reply (Doc. 377). The court referred (Doc. 362) the motion to Magistrate Judge Thomas G. Wilson, who issued his report and recommendation (Doc. 369).[*] No party filed an objection to the report and recommendation.

Upon consideration, the court adopts the report and recommendation. The defendant's motion to suppress evidence (Doc. 353) is **DENIED**.

ORDERED in Tampa, Florida, on May 16, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] The portion of Magistrate Judge Wilson's Report and Recommendation dealing with defendant Juan Carlos Archavaleta's motion to suppress is moot because Archavaleta pled guilty on April 3, 2007.